IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Carol A Tiscareno | ) | Case No.:   15-42939 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Timothy A. Barnes |
| Debtor(s) | ) | |

## NOTICE OF MOTION

TO:   Carol A Tiscareno, 11034 W 72nd Street La Grange IL 60525 *via mail*

**Trustee Marilyn Marshall**, 224 S. Michigan Ave., #800, Chicago, IL 60604, *via ECF clerk's electronic delivery system*

**See attached service list**


PLEASE TAKE NOTICE that on **June 16, 2016 at 9:30 a.m.**, I shall appear before the Honorable Timothy A. Barnes at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:     /s/ *David H. Cutler_*
         David H. Cutler


## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on May 26, 2016 before the hour of 8:00 p.m.


By:     /s/ David H. Cutler
         David H. Cutler, esq.
         Counsel for Debtor(s)
         Cutler & Associates, Ltd.
         4131 Main St.
         Skokie, IL 60076
         Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Carol A Tiscareno | ) | Case No.:    15-42939 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Timothy A. Barnes |
| Debtor(s) | ) | |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Carol A Tiscareno, (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on December 22, 2015 and her Plan was confirmed.

3. The Debtor's confirmation Order provides for a plan payment of $1,340 for 2 months then $1,360 for 58 months with unsecured creditors receiving 55% of their unsecured claims.  As the date of the motion the debtor is current on her plan payments.

4. The Debtor and her husband, who is the non-filing spouse have received $9,689 for their tax refund for the 2015 tax year.

5. The Debtor needs to undergo 7 dental surgical procedures, she suffers from Periodontal disease and requires subepithelial connective tissue grafting of nine of her teeth, this dental surgery is necessary to protect her teeth from gum recession, and if not treated this

can cause extensive damage to Debtor's bone structure and result in tooth loss and

infection.

6.   The Debtor does have dental insurance however they will only cover $972 of the $10,080

procedures, leaving the debtor to pay $9,153 out of pocket.  This is an extensive and

necessary procedure that is beyond the normal expenses listed in the debtor's schedules.

Debtor has provided the treatment plan from the Periodontist's office, see Exhibit A.

7.   The Debtor respectfully asks this Honorable Court permission to keep $9,153 of her 2015

tax refund to use on her dental surgeries and to turn over $536 to the Chapter 13 Trustee.

The Debtor is the only one working in the household and her non-filing spouse only

receives social security.


WHEREFORE, Debtor respectfully prays that this Court enter an Order allowing

the Debtor to keep $9,153 of the joint tax refund for the year 2015 to pay for her dental surgeries

and to turn over $536 to the Trustee; and for such other and further relief that this court deems

just and proper.


Dated: May 26, 2016                          Respectfully Submitted,

                                             By:     /s/ David H. Cutler
                                             David H. Cutler, esq.
                                             Counsel for Debtor(s):
                                             Cutler & Associates, Ltd.
                                             4131 Main St
                                             Skokie, IL 60076
                                             Phone: (847) 673-8600