# Proposed Treatment Plan
## La Grange Dental Associates

4711 Willow Springs Road
LaGrange, IL 60525
(708)354-1990

05/10/2016

Carol Tiscareno
11034 W. 72nd Street
Indian Head Park, IL 60525

ID: 1681

| Phase | Date Plan | Appt | Provider | Service | | Tth | Surf | Fee | Ins. | Pat. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 13 | | $1,120.00 | $784.00 | $336.00 |
| 1 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 11 | | $1,120.00 | $143.20 | $976.80 |
| | | | | | Subtotal for This Phase: | | | $2,240.00 | $927.20 | $1,312.80 |
| 2 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 20 | | $1,120.00 | $0.00 | $1,120.00 |
| 2 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 27 | | $1,120.00 | $0.00 | $1,120.00 |
| | | | | | Subtotal for This Phase: | | | $2,240.00 | $0.00 | $2,240.00 |
| 3 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 3 | | $1,120.00 | $0.00 | $1,120.00 |
| | | | | | Subtotal for This Phase: | | | $1,120.00 | $0.00 | $1,120.00 |
| 4 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 4 | | $1,120.00 | $0.00 | $1,120.00 |
| | | | | | Subtotal for This Phase: | | | $1,120.00 | $0.00 | $1,120.00 |
| 5 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 14 | | $1,120.00 | $0.00 | $1,120.00 |
| | | | | | Subtotal for This Phase: | | | $1,120.00 | $0.00 | $1,120.00 |
| 6 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 19 | | $1,120.00 | $0.00 | $1,120.00 |
| | | | | | Subtotal for This Phase: | | | $1,120.00 | $0.00 | $1,120.00 |
| 7 | 05/10/2016 | | JM | D4273 | SUBEPI CONNT TISS GRAFT PE | 30 | | $1,120.00 | $0.00 | $1,120.00 |
| | | | | | Subtotal for This Phase: | | | $1,120.00 | $0.00 | $1,120.00 |
| | | | | | Subtotal: | | | $10,080.00 | $927.20 | $9,152.80 |

Insurance coverage is only an estimation. Guarantor is responsible for all treatment not covered by insurance. Payment is Due at the time of Service.

| | |
|---|---|
| Total Proposed: | $10,080.00 |
| Total Completed: | $0.00 |
| Total Accepted: | $0.00 |
| Proposed Insurance: | $927.20 |

Current Dental Terminology (CDT)   © American Dental Association (ADA). All rights reserved.

Patient Initials _____    Page 1 of 2

## Proposed Treatment Plan
## La Grange Dental Associates

4711 Willow Springs Road
LaGrange, IL 60525
(708)354-1990

| | |
|---|---|
| I REQUEST AND AUTHORIZE THE DENTIST OR QUALIFIED ASSIGNEE TO PERFORM THE WORK DESCRIBED ABOVE. | |
| Patient or Guarantor's Signature _[signature]_ | Date 5-10-16 |