UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Carol A Tiscareno<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-42939<br><br>Chapter:  13<br>Honorable Timothy A. Barnes |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor is allowed to keep $9,153 of her 2015 tax refund to use on her dental surgeries and to turn over $536 to the Chapter 13 Trustee;

2. The Debtor will turn over to the Chapter 13 Trustee proof of payment for her dental surgeries by July 22, 2016.

Enter:

Dated: JUN 1 6 2016

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20121203_bko