IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Carol A Tiscareno | ) | Case No.: 15-42939 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Timothy A. Barnes |
| Debtor(s) | ) | |

NOTICE OF MOTION

TO:   Carol A Tiscareno, 11034 W 72nd Street La Grange IL 60525 *via mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604, *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604, *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **May 25, 2017 at 9:30 a.m.**, I shall appear before the Honorable Timothy A. Barnes at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
       David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on May 3, 2017 before the hour of 7:00 p.m.

By:   /s/ David H. Cutler
       David H. Cutler, esq.
       Counsel for Debtor(s)
       Cutler & Associates, Ltd.
       4131 Main St.
       Skokie, IL 60076
       Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Carol A Tiscareno | ) | Case No.:   15-42939 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Judge:  Timothy A. Barnes |
| Debtor(s) | ) | |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Carol A Tiscareno, (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on December 22, 2015 and her Plan was confirmed.

3. The Debtor's confirmation Order provides for a plan payment of $1,340 for 2 months then $1,360 for 58 months with unsecured creditors receiving 55% of their unsecured claims.  As the date of the motion the debtor is current on her plan payments.

4. The Debtor and her husband, who is the non-filing spouse have received $1,565 for their tax refund for the 2016 tax year.

5. The Debtor's vehicle is in need of extensive repairs, currently the check engine light is on and the vehicle needs the valve cover gaskets replaced, all the spark plugs need to be removed and replaced, the wheel bearing needs to be removed and replaced, a new car battery is needed, an automatic transmission flush is needed and the evaporation canister needs to be removed and replaced.  The debtor has obtained an estimate for the work and

labor needed to fix her vehicle, these repairs are necessary for the safety of the debtor. The repair estimate from A-Team tire and auto is for $2,284.41, see Exhibit A.

6. The Debtor requires a vehicle for work and the condition of her vehicle is not safe for her to be driving. These are necessary repairs that are beyond the normal expenses listed in the debtor's schedules.

7. The Debtor respectfully asks this Honorable Court permission to keep all of her 2016 tax refund to use on the necessary repairs for the vehicle.

WHEREFORE, Debtor respectfully prays that this Court enter an Order allowing the Debtor to keep the entire tax refund for the year 2016 to pay for the vehicle repairs; and for such other and further relief that this court deems just and proper.

Dated: May 3, 2017                    Respectfully Submitted,

By:    /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St
Skokie, IL 60076
Phone: (847) 673-8600